Virgil HUTCHISON

v.

UNITED STATES of America.

No. 7007.

United States Court of Appeals
Tenth Circuit.

April 24, 1962.

No attorney for appellant.

Robert N. Chaffin, U. S. Atty., and
Leroy V. Amen, Asst. U. S. Atty., Cheyenne, Wyo., for appellee.

Before MURRAH, Chief Judge, and
BREITENSTEIN, Circuit Judge.

PER CURIAM.

Docketed and dismissed April 24, 1962,
on motion of appellee for failure of appellant diligently to prosecute.

Harry LEVINE, also known as Harry Levine Enterprises, Television Surveys
and United States Theatre, Plaintiff-Appellant,

v.

RADIO CORPORATION OF AMERICA,
National Broadcasting Company, Inc.,
Columbia Broadcasting System, Inc.,
Revlon, Inc., and William Esty Co., Inc.,
Defendants-Appellees.

No. 355, Docket 27431.

United States Court of Appeals
Second Circuit.

Argued May 1, 1962.

Decided May 18, 1962.

Harry Levine, pro se.

Cahill, Gordon, Reindel & Ohl, New
York City (Robert G. Zeller, Thomas F.
Curnin, New York City, of counsel), for
defendants-appellees Radio Corporation
of America and National Broadcasting
Co., Inc.

Paul, Weiss, Rifkind, Wharton & Garrison, New York City (Peter M. Fishbein, William J. Doyle, New York City,
of counsel), for defendant-appellee Revlon, Inc.

Reinheimer & Cohen, New York City
(David Grossberg, New York City, of
counsel), for defendant-appellee William
Esty Co., Inc.

Rosenman, Colin, Kaye, Petschek &
Freund, New York City (Ambrose Doskow, New York City, of counsel), for
defendant-appellee Columbia Broadcasting System, Inc.

Before WATERMAN, MOORE and
FRIENDLY, Circuit Judges.

PER CURIAM.

We affirm the order entered in the
United States District Court for the
Southern District of New York granting
judgment for the defendants-appellees
against plaintiff-appellant.